*In re* Proyecto de Reglamento para la Asignación de Abogados y Abogadas de Oficio de Puerto Rico.

*Número:* ER-2017-06          *Resuelto:* 15 de junio de 2017

## RESOLUCIÓN

En virtud del poder inherente de este Tribunal para reglamentar la profesión de la abogacía en Puerto Rico y en concordancia con la normativa ética relacionada con la obligación de prestar servicios legales gratuitos a personas indigentes, reconocemos la necesidad de examinar con ca-

rácter prioritario las normas vigentes que regulan las asignaciones de oficio en los tribunales del País. Véase Canon 1 del Código de Ética Profesional, 4 LPRA Ap. IX. Véanse, además: *Pueblo v. Morales*, 150 DPR 123 (2000); *Ramos Acevedo v. Tribunal Superior*, 133 DPR 599 (1993).

A tono con ello, se encomendó al Secretariado de la Conferencia Judicial y Notarial (Secretariado) la presentación de una nueva propuesta para regular las asignaciones de oficio en casos penales en los tribunales de Puerto Rico y extender su alcance a los procedimientos de naturaleza civil. En consecuencia, el Secretariado llevó a cabo un estudio exhaustivo del sistema que gobierna las asignaciones de oficio actualmente. Este proceso sirvió como punto de partida para diseñar una propuesta que aspira a promover una cultura de servicio *pro bono* entre las y los miembros de la clase togada. Asimismo, el enfoque de la propuesta persigue remediar las dificultades y atender las preocupaciones que han planteado tanto los jueces y las juezas como los abogados y las abogadas con relación al manejo y la implementación del Reglamento para la Asignación de Abogados y Abogadas de Oficio. *In re Nuevo Reglamento Abogados Oficio*, 173 DPR 653, 673 (2008). Entre éstas, cabe señalar las siguientes: la falta de proporcionalidad en las asignaciones entre quienes ejercen la profesión jurídica en Puerto Rico; la proliferación de documentos normativos aplicables a la certificación de horas y la autorización de gastos rembolsables; la falta de certeza respecto al proceso requerido en etapas apelativas, y la ausencia de una normativa aplicable a los procedimientos de naturaleza civil que, entre otras cosas, haga viable la acreditación de horas de educación jurídica continua por el servicio gratuito ofrecido durante una representación legal de oficio.

Con miras a identificar estrategias de efectividad probada que puedan adaptarse a nuestras necesidades, el Secretariado efectuó un análisis de los modelos de ofrecimiento de servicios legales a personas indigentes en varias

jurisdicciones de Estados Unidos, en particular, las prácticas exitosas de los sistemas de asignaciones de oficio en procesos de naturaleza civil y penal. Además, investigó las prácticas y tendencias en el ámbito internacional. Finalizado este proceso, y en cumplimiento con la encomienda asignada por este Tribunal, el Secretariado presentó oportunamente ante nuestra consideración un proyecto de Reglamento para la Asignación de Abogados y Abogadas de Oficio de Puerto Rico (proyecto de Reglamento).

Este Tribunal considera adecuado que, antes de evaluar los méritos del proyecto de Reglamento, se brinde oportunidad para que la comunidad jurídica y el público en general, así como aquellas entidades que a diario sirven a las poblaciones más vulnerables, puedan estudiarlo y remitir sus comentarios y recomendaciones al Secretariado. La consulta pública aquí autorizada tendrá una duración de sesenta días, contados a partir de la aprobación de esta Resolución.

Con el propósito de asegurar una divulgación efectiva, se ordena a la Directora del Secretariado a que, con la colaboración de la Oficina de Prensa de la Oficina de Administración de los Tribunales, implemente un plan de divulgación efectiva que fomente una participación activa durante el proceso de consulta. El proyecto de Reglamento, la presente Resolución y cualquier documento diseñado por el Secretariado para facilitar la recopilación de comentarios, se publicarán en la página principal del portal de la Rama Judicial.

Culminado el término concedido, el Secretariado tendrá un término de sesenta días para preparar un informe que contenga un análisis de los comentarios recibidos y presentar ante nuestra consideración un proyecto de Reglamento revisado. Será en ese momento que este Tribunal pasará juicio sobre el proyecto del Secretariado en conjunto con los comentarios recibidos y estará entonces en posición de emitir una determinación final sobre el sistema que gobernará las asignaciones de oficio, tanto en los procesos judiciales de

naturaleza penal como civil. Confiamos que este proceso de consulta a la comunidad aportará a la formulación de una reglamentación que redunde en una administración ágil y uniforme de las asignaciones de oficio.

*Notifíquese al Director Administrativo de los Tribunales, a la Directora del Secretariado de la Conferencia Judicial y Notarial, y al Director de la Oficina de Prensa de la Oficina de Administración de los Tribunales. Publíquese.*

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

> (*Fdo.*) Juan Ernesto Dávila Rivera
> *Secretario del Tribunal Supremo*